IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MYKEY TECHNOLOGY, INC.,          :

      Plaintiff,          :

      v.          :      Civil Action No. 11-443-RGA

CPR TOOLS, INC., INTELLIGENT     :
COMPUTER SOLUTIONS, INC., and    :
LOGICUBE, INC.,                  :

      Defendants.          :

---

## ORDER

The Court having considered the parties' briefing and oral argument on the Motion of

Defendants CPR Tools, Inc. and Logicube, Inc., for Stay of Proceedings (D.I. 26), joined in by

Defendant Intelligent Computer Solutions, Inc. (D.I. 33), and Defendant Intelligent Computer

Solutions, Inc.'s Motion to Dismiss the First Amended Complaint for Lack of Personal

Jurisdiction and Improper Venue (D.I. 47), **IT IS HEREBY ORDERED THAT**:

1.      The Motion of Defendants CPR Tools, Inc. and Logicube, Inc. for Stay of

Proceedings is DENIED; and

2.      Defendant Intelligent Computer Solutions, Inc.'s Motion to Dismiss the First

Amended Complaint for Lack of Personal Jurisdiction and Improper Venue is taken under

advisement; and

3.      Plaintiff MyKey Technology, Inc. shall be permitted to conduct limited

jurisdictional discovery relating to Defendant Intelligent Computer Solutions, Inc.'s sales of the

two accused infringing products identified in the First Amended Complaint (D.I. 39) in Delaware

as follows:

      a.      the deposition of dealers or manufacturer's representatives of Intelligent Computer Solutions, Inc. in states adjoining Delaware and related requests for production of documents; and

      b.      the deposition pursuant to Fed. R. Civ. P. 30(b)(6) of a person or persons knowledgeable about the contents of the Declaration of Gonen Ravid in support of Intelligent Computer Solutions, Inc.'s Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue and the Second Declaration of Gonen Ravid in support of Intelligent Computer Solutions, Inc.'s Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue.

**IT IS FURTHER ORDERED THAT:**

The parties shall complete the jurisdictional discovery no later than 45 days from the date

of this Order, and should submit simultaneous letters of no more than three pages, together with

any relevant evidence, on May 18, 2012.

Entered this 20th day of March, 2012.

Hon. Richard G. Andrews
United States District Judge